IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

ERIC M. BROWN,

    Petitioner,

v.                      CIVIL ACTION NO. 1:14-28283

BART MASTERS, Warden,

    Respondent.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this matter was referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings and recommendations ("PF&R") for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. No. 3).

Magistrate Judge Eifert submitted to the court her PF&R on August 5, 2016, in which she recommended that the Court deny the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Doc. No. 1); grant Respondent's request for dismissal, (Doc. No. 7); and dismiss this action, with prejudice, and that it be removed from the docket of the Court.

In accordance with 28 U.S.C. § 636(b), the parties were allotted seventeen days in which to file any objections to Magistrate Judge Eifert's PF&R.  The failure of any party to file such objections within the time allotted constitutes a

1

waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).  Neither party filed any objections to the Magistrate Judge's PF&R within the required time period.

Accordingly, the court adopts Magistrate Judge Eifert's PF&R as follows:

1) The Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DENIED**;
2) Respondent's request for dismissal (Doc. No. 7) is **GRANTED**;
3) This action is **DISMISSED**, with prejudice; and
4) The Clerk is directed to remove this matter from the docket of the Court.

Additionally, the court has considered whether to grant a certificate of appealability.  See 28 U.S.C. § 2253(c).  A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676,

683—84 (4th Cir. 2001). The court concludes that the governing standard is not satisfied in this instance. Accordingly, the court **DENIES** a certificate of appealability.

The Clerk is further directed to forward a copy of this Order to counsel of record and to Petitioner.

It is **SO ORDERED** this 1st day of February, 2017.

                              ENTER:

                              David A. Faber
                              Senior United States District Judge